## In re Adalberto S.

The state of Connecticut's petition for certification for appeal from the Appellate Court, 27 Conn. App. 49, is denied.

*Bruce A. Tonkonow,* state's advocate, in support of the petition.

*Jon L. Schoenhorn,* in opposition.

Decided April 22, 1992

## State of Connecticut *v.* Mircela Nita

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 103, is denied.

Berdon, J., dissenting. I would grant certification. Accordingly, I dissent.

*D. Kirt Westfall,* in support of the petition.

*Marjorie Allen Dauster,* deputy assistant state's attorney, in opposition.

Decided April 22, 1992

## Mary Hall, Administratrix (Estate of Jesse Hall) *v.* Dorothy Winfrey

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 154, is denied.

*Robert M. LaRose,* in support of the petition.

*Richard L. Jacobs,* in opposition.

Decided April 22, 1992